CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 SEP 16 P 1:49

United STATES District Court
For The District of New Jersey

Jasper Fraeier
  Plaintiff's

  VS

NO. _____

Acting Commissoner Victoria L. Kuhn Esq
Administrator Patrick Nogan
Association Administrator Anthony Gangi
Ex Association Mario Vera
John / Jane Doe JPAY / GTL Liason
Mailroom Supervisor Lt. Berry man
Mailroom Supervisor Sgt. SA Quay
Special Intelligent Division Regina King
Senior Investigators Gary Rivera,
Brian Bostick
Administrator John / Jane Doe
Mailroom Supervisor Sgt. Byrd / Cisnaw
Special Intelligence Division Tolbanski
John / Jane Doe Jpay / GTL Liason
Individually and in their official
Capacity

1

Defendants

1(A). Jurisdiction is asserted pursuant to:

__X__  42 U.S.C. § 1983 (applies to STATE Prisoner)

__X__ Interstate Compact Ind. Code § 11-8-4-6 Between Indiana and New Jersey

1(b) Indicate whether you are a prisoner or other confined person as follows:

Convicted and Sentence state prisoner under Interstate Compact I.C. 11-8-4-6

2. Previously Dismissed Federal Civil Action or Appeals or Appeals

If you are proceeding inform pauperis

2

list each civil action or Appeal you
have brought in a Federal court
while you were incarcerated or
detained in any facility, that was
dismissed as frivolous or mailcious
or for failure to state a claim
upon which relief may be granted.
Please note that a prisoner who has
on three or more prior occasions,
while detained in any facility, brought
an action or appeal in a federal court
that was dismissed as frivolous or
malicious, or for failure to state a
claim upon which relief may be
granted, will be denied in forma
paperis status unless that prisoner
is under imminet danger of Serious
physcial injury. See 28 U.S.C 3 1915(G)

A. Parties to Previous lawsuit:

Plaintiff(s): Jasper Frazier

3

Defendant(s): Commissoner Robert
E. Corter

B. Court and docket number
1:19-cv-04314-JMS-DML 7thCin
Southern Dist of Indiana

C. Grounds for dismissal: ( ) Frivolous
( ) malicious

(X) failure to state a claim upon
which relief may be granted

D. Approximate date of filing lawsuit:
2016

E Approximate date of deposition:
2019

If there is more than one civil action
or appeal, describe the additional civil
actions or appeal using this same

4

format on seperate sheets

3. Place of Present continement?
Northern STATE Prison Restrictive
housing Unit Pending P.C. Review
168 Frontage Rd Newark, NJ 07114

4 Parties

(In item (a) below, place your NAME
in the first blank and place your
present address in the second blank
Do the same for additional Plaintiffs,
if any.)

A. Name of Plaintiff: Jasper Frazier

Address: Northern STATE Prison Restrict-
ive housing P.C. Pending Review 168
Frontage Rd Newark, NJ 07114

Inmate # 799545(B)

5

B. First defendant:

Name: Victoria L Kuhn Esq

Official Position: Acting Commissoner for New Jersey Dept. of Corrections

Place of employment: Department of Corrections Whittley Road PO Box 863 Trenton, NJ 08625-08625

How is this person involve in the case?

Victoria L Kuhn violated Plaintiff First Amendmant under Interstate Compact I.C. 11-8-4-6 by allowing Southwood STATE Prison 215 South Bridgeton Rd to reteliate on Plaintiff for filing grievance on his confisccded (3) lejel books, prog ran his Jpay Acct to have inmates read his outgoing

6

emails to his family on I.D.O.C
behalf or Private Contractor Geo
Corp NewCastle Corr. Facility, monitor
Plaintiff legal mail to Federal
Courts in Indiana, confiscate
legal mail, Federal Communication
Act 18 USC 2511; 2520, shut Plain-
tiff GTL Phone off to his family
w/o Justification: Northern STATE Prison

violated Plaintiff Eight Amendment
cruel and Unusual punishment with
malicious intent to have inmates
threaten Plaintiff prior to contacting
his family on GTL Phone Jpay Kiosk
After inmates read his message, putting
his wellfare in danger, sending GAY
Fabricated GAY Pictures of him on
inmates toslet, lbel a snitch rat
homosexually, violating his Religion
freedom ~~under~~ under R.F.R.A.
as A Moor (Moslem) M.S.T.A. inmates -

7

calling Plaintiff a homosexually
on behalf of I.D.O.C. / private
contractor GeoCorpNewCastle Corr.
Facility defendants in, 7th Cir "): 19-
CV-04687-JRS-TAB" / 1:20-cv-GN-675-RCJ

Violated <u>Plaintiff Fourteenth Amend-
ment</u> Denied due process of law
by not given Plaintiff enough
time to appeal his bed assignment
write up within 48 hrs. R.F.R.A at S.W.S.P.

C. <u>Second Defendants</u>:

Name: John LoveDoe

Official position: JPAY / GTL Phone
and digital communication

Place of employment: Northern STATE
Prison 168 Frontage Rd Newark, NJ 07114

8

violated Plaintiff First Amendment
by being in concert with 7th Dist "defendants"
Court Southern Dist of Indiana 1:20-
cv-675-RLY-TAB(Judge Young), 2:17-
cv-519-JMS-JMJD (Judge Magnus-Stinson)
And 1:19-cv-04687-JRS-TAB (Judge-
Sweeney) to modify Plaintiff JPAY
Account to have his outgoing emails
transfer to other inmates Jppy Acct
of family members, violation of
Federal Communication Act 18USC
2511; 2520, illegally wiretapping a
digital communication devise without
a search warrant And shutting off
GTL phone system to Plaintiff family
members as retaliation for exposing
illegally wiretapping on GTL phone/
emails on behalf of I.D.O.C. to do
this.

violated Plaintiff Eighth Amendment
Cruel and unusual punishment with-

9

malicious intent to have Plaintiff threaten by inmates when they read his outgoing email to his family or administration, endager Plaintiff life by showing falsified GAY Pictures of him label him a homosexually when he is not or so he could be in population, label a snitch rat denied to communicate with his family or threaten othewords on behalf of I.D.O.C / Private contractor Geocorp New Castle Corr. Facility in Indiana

D. <u>Third</u> Defendant:

NAME: Patrick Nogan, Mario Vera and Anthony Gangi;

OFFicial posistion: overseer of Operational At Northern STATE Prison

Place of employmat 168 Frontage Rd-

Newark NJ 07114

violated Plaintiff <u>First Amendment</u> retaliation on Indiana behalf for filing grievace, lawsuit, shut off phone off to his family, refuse to put his phone numbers on, have officers breach outgoing legal mail with inmates who aid & assist them, violation of Federal communication Act 2511; 2520 allowing his emails on ppot to be breach to inmates to read in restrictive housing or population confiscation of legal mail to Federal Court in Indiana or STATE court with holding legal mail, denied certified green card when been purchase for legal mail or non-legel mail,

violated Plaintiff ~~Eight Amendment~~: cruel and chunsel punishment with malicious intent to endanger Plaintiff-

11

life by foreward Fabricated Gay
Pictures of Plaintiff to inmates jpay
scat in Restrictive housing and pop-
ulation violating his religion freedom
as Moorish-American under 18 USC-
or 2000cc-5(4) (M.S.T.A.) label
him a homosexually when he is not an
Indiana, Private Contractor Geo Corp
Newcastle Cor. Facility behalf.

vidated Plaintiff <u>Fourteen th Amendment</u>
Denied Due process of law when
Plaintiff Federal Disciplinary habeas
Corpus 2254 was confisccated to Federal
courts in Indiana that effect his
out date 2035 to 2051 on Indiana
behalf.

<u>Fourth</u> Defendants:

NAME: mailroom Spervisor's Lt. Berry-
man and Sgt. Saquay

12

Official Position: overseer legal mail / NON legal mail for Northern STATE Prison.

Place of employment: Northern Stde Prison 168 Frontage Rd Newark, NJ 07114

Violated Plaintiff First Amendment: Retaliation on behalf of Indiana - Private Contractor GEOCorp NewCastle Corr. Facility to breach legal mail outgoing to inmates aid & assist them, confiscation of legal mail to Federal courts in Indiana, denied certified register legal mail card reopen legal mail once seal and notify Indiana the contents and not given Plaintiff legal mail in a timely fashion or inmates contents

Violated Plaintiff EightAmendment

13

cruel and unusual punishment with
malicious intent when Plaintiff
make a complaint on Kiosk
he is threaten afterwards label
a snitch by inmates about his
legal mail not given or to admin-
istrative Mr. Gavyi office

Violated Fourteenth Amendment
Denied equal treatment of person
Similar situated as Plaintiff.

Fifth Defendants:

NAME: Special Intelligent Division
Regina King Gary Rivera And Brian
Bostick

Official Position: Investigation of
GTL Phone / JPAY Kiosk, inmates
And staff

14

Place of employment: Northern
STATE Prison 168 Frontage Rd
Newark, NJ 07114

Violated Plaintiff First Amendment
in concert with Commissioner
Robert E Carter (Indiana), Atty.
General Margo Tucker, Chief Counsel
Bob Bugher, Judge Magnus Stinson
2:19-cv-157-JMS-MJD I.A. Tracy
Davis and Judge Sweaney 1:19-cv-04687-
JRS TAB I.A. Joseph/Stevens to
program JPAY Acct to have his
out going emails transfer or
breach to inmates of family
members as retaliation, order
to have his GTL phone shut off
to his family without justification
legal mail flag to Indiana Fed.
courts and breach to inmates who
aid & assist them

15

Violded Plaintiff Eight Amendmant
cruel and unusal punishmant with
malicias intent to harm by
allowing Fabricated Gay Pictures
to be sent of Plaintiff on inmdes
Jpay acct called a homosexually
by inmates, endauger his life where
Plaintiff been called a snitch, rat,
where he caut be placein population
on Indiana / Privde Contractor
Geo Corp Newcastle Cor. Facility beholf.
as a form of punishmant.

Violded Plaintiff Farteenth Amadmant
Denied equal Treatmant similar
situded like odler inmdes of
using Jpay Kiosk machine and not
been threden or called a snitch.

Sixth Defeudat

NAME: John / Jane Doe

16

Official Position: Overseer of
Santhwood STATE Prison

Place of employment: Southwood
STATE Prison 215 South Bridgeton Rd
Newark, NJ 08302

violded Plaintiff First Amendment
Under Interside Compact Agreement
with Indiana and New Jersey
I.C. 11-4-8-6 to have his cellic
monitor Plaintiff in cell on be half
of I.D.O.C. / Privde Contractor
Gexcap Newcaste Corr. Facility,
violation of Federal Communication
Act 18USC 2511; 2520, allowing
inmdes to possess Fake fabricated
Gay Pictures of him on behalf of
his ex, family member and I.D.O.C.
as retdlation for filing grievance
42USC 1983, modify his J pay acct
to srooch emails to inmdes —

17

allow mailroom Supervisor Sgt. Byrd or Cisnew interfer with litigation of Federal Disciplinary Appeal 1:21-cv-1011-RLY-TAB by confiscating[3] legal books on behalf of Private contractor GEO corp NewCastle Corr. Facility (Indiana).

Violation of _Eight Amendment_ cruel and unwnsal punishment with mailicous Intent to harm solict inmates to threaten Plaintiff for using Jpay mechive to conduct his family, allowing Fake fabricated Gay Pictures to be sent in box his ex's family member endanger his life with his religion as a moor M.S.T.A (Moslem) 42USC 2000cc-5(4)(A) "_R.F.R.A_"

Violaded _Fourteenth Amendmet_ Denied equal Treatment of law similar-

18

as other inmates who use GTL phone or pay Kiosk not being threaten Afterwards. Relison Act Mis.I.A. not offer

Seventh Defendat's:

NAME: mailroom Spervisor Sgt. Byrd /- Cisrow

Official Position: overseer legal mail NON-legal mail And property of Southwood STATE Prison

Place of employmat: Southwood STATE Prison 215 Southwood STATE Prison 215 South Burling ton Rd Bridgeton, NJ 08302

Violabed Plaintiff First Amandmet: iN concert with I. D.O.C / Privce Contractor GeoCorp New Castle Corr. Facility to confiscate (3) legal books

19

So Plaintiff couldt litiyde his Federal
Disciplinary Appeal 1:21-cv-1011-RLY-TAB
7th Dist. Court, contiscate of legal mail
to Federal court and interference with
ligation of pending cases.

Violated Farteenth Amendment: Denied
due process of property confiscation
"Totes, pencilsharpner and TV without
justification, denied equal treatrat
similiar situated as other inmates
having property.

Eight Defendant 70

NAME: Special Intelliyant Division
Tolobonski.

Official Position: Investigation of
Jpay, GTL Phone, inmates and staff
at Southwood STATE Prison

20

Place of employment: Southwood STATE
Prison 215 South Burlington Rd Bridgeton
NJ 08302

Violated Plaintiff First Amendment in
concert I.D.O.C., Private Contractor
GeoCorp New Castle Corr. Facility,
Atty. General MAYO Tucker, I.D.O.C.
Chief counsel Bob Ryder, Judge Sweavey
7th Dist 1:19-cv-04687-JRS-TAB and
Judge Magnus-Stinson 2:19-cv-157-JMS-
MJD to monitor Plaintiff with
his cellie, legal mail, movements,
Jpay breach to inmates, violation
of 18 USC 2511; 2520 Federal communi-
cation Act, allowing fabricated
Gay Pictures to surface of Plaintiff
by his ex, family member, I.D.O.C.
Private Contractor GeoCorp NewCastle
Corr. Facility to get back at Plaintiff
for filing lawsuit, expose GTL monitor
by inmates and failure to investigate

stolen property on Plaintiff behalf

Violated Plaintiff <u>Eight Amendment</u> cruel and unusual punishment to inflict harm by solict inmates to read Plaintiff Jpay emails After he text family members administration, put the spot light on him as a snitch not the ones Aid & assist his office on Plaintiff, violation of Plaintiff religion as a Moslem "Moor" M.S.T.A. 42USC§2000cc-5(4) (A) label him a homosexual by allowing fabricated gay pictures to surface and endanger his life with other Moslem behind this.

Violated <u>Fourteenth Amendment</u> Denied equal Treatment similar situated as other inmates using Jpay or Phone without being threaten.

22

9. I previously have sought informal or formal relief from the appropriate administrative officials regarding Acts complained of in the Sidemart of claims on page

Yes ☐        NO ☒

If your answer is "NO", briefly explain why administrative remedies were not exhausted.

Like Plaintiff stated on his legal claims administration modify his legal Jpay acct so when he email or file any grievances inmates get to read these emails to administration and label him a rat snitch then threaten him to keep from communicating with his family And administration. This is why Plaintiff wasn't exhaust his –

23

remedies yet?

10.    STATEMent of Claims

11. Prior to Plaintiff coming here
from IDOC / Private contractor
Geocorp New Castle Corr. Facility
Nov. 2015 - Present, Plaintiff had
to file a criminal complaint on
a family member in Mishawcka,
IN Police Dept Crime Report #1607070054
Report No. 1607070054.1 with Partelle
Shrike because of Fraudlent credit
using Plaintiff info SSN #

12 Family member then solict Plaintiff's
ex's as a payback to hunt Plaintiff
down when he does inter facility
transfer within I.D.O.C - New Jersey
to send Fabricated Gay photos of
him on inmates GTL tablet or Jpay
Acct to get back at Plaintiff -

24

making this a federal crime over state lines on defendants in 7th District

13. On Feb 3, 2021 Plaintiff verbal and text his Atty Jessica Wegg Befre settle (4) cases in 7th Dist. court he needed a 1 man cell, no more reslcation from receiving state. Practice his religon and no moniter with inmates using GTL ....

ATTY.
14. Plaintiff never filed any stipulation order by Judge Dinsmore 7th Dist Court in 2:19-cv-519-JMS-MJD this why Plaintiff have this problem now.

15. On March 1, 2021 Plaintiff settle (4) lawsuit with Judge Magnus-Stinson 7th Dist Court Southern Dist. of Indiana (2:17-cv-519-JMS-MJD - 2:19-cv-157-JMS-MJD; 1:20-cv-675-RLY-TAB and 1:20-cv-01581-TWP-MPB

25

for out of state placement to be
rehabilitated and work on getting
out but some constitional violation
had in these (4) lawsuit have
shifted to New Jersey Department of
Correction on Judge Sweaver case
1:19CV04687-JRS-TAB that was never
part of settlement. inconcert

16. On June 7 2021 Plaintiff arrive
at N.J.D.U.C. intake at Yardville, NJ

17 On June 10 2021 Special Intelligence
Divison call Plaintiff to there office
to sign the stipulation to dismiss
(4) civil cases in 7th Dist. Court

18. Plaintiff inform Special Intelligence
Divison he need to contact his Atty
Jessica Wegg to make sure She fixed
the Stipulation for 1 man cell,
protice his reliyon M.S.T.A. etc...

26

19 Plaintiff was denied to put his Atty
Jessica Wegg on his phone list
by Yanduille, NJ Stating she dioht
want Plaintiff number on her Phone.

20. this violate Indiana Professional
rules of conduct 1.16(d) to protect
client interest.

21 Plaintiff was inform that N.J. D.O.C
doesn't have 1 mancell or offer M.S.T.A.
(Moorish Science Temple of America)

22 Plaintiff went ahead and sign it

23. On June 18, 2021 at Yanduille, NJ
Phase 1 Plaintiff wrote Atty Jessica
Wegg and A.G. Margo Tucker it was
confiscated by Oc. Berdisca or
mail room on PRU-2 "Stipulation"

24 On June 28, 2021 Plaintiff transfer to—

27

Southwood STATE Prison on
Phase 1 without his property.

25. It was already set up by I.D.O.C.
Private contractor Geo corp NewCastle
Corr. Facility, Atty. General Maryu
Tucker, I.D.O.C. Chief Counsel BoB
Bugler And defendants in (4) civil cases
that the same violation was going to
occur on Plaintiff especially defendants
in 1:19-cv-04687-JRS-TAB 7th Dist. Court

26. On June 28, 2021 Plaintiff call home
inform them that Geo corp NewCastle
Corr. Facility still have his (3) legal
books ① legal Dictionary ② Federal Disciplinary
Federal hebeas and ③ Prison legal Guide
to litigate his Federal Disciplinary
habeas corpus 2254 1:20-cv- i0ll-RLY-TAB

27. Plaintiff ask his family for a loan
to get a attorney to litigate the case in

28

7th Dist Court Judge young 1:21-cv-1011-RLY-TAB

28. Plaintiff knew he was in for a treat that I.D.O.C. had in store for him at New Jerset Dept of Corr.

29. On July 6 2021 Plaintiff file a motion to Inform with Judge Rine in 1:21-cv-1011-RLY-TAB he doesn't have his (3) legcl books to litigate his cases (dkt. 29) 7th Dist Court

30. On July 9 2021, Judge Young granted (dkt. 29) order respondent to find Plaintiff (3) legcl books

31. On (dkt. 43) New Jersey Dept of Correction stated to Atg. of Indiana in 1:21-cv-1011-RLY-TAB his (3) legcl books was given to him NO they wasn't, Plaintiff file a Tort claim #7630 Lt. S. Hassan is investigating

28.

32 Plaintiff receive his property on Phase 2 his (3) legal books was missing Sgt. Brad stated I many books.

33 On July 9 2021 housed on Phase 4-2-L learn his Jpay acct was set up to where all his emails was read by population and Phase2 inmates

34 Plaintiff got threats behind this. Plaintiff also learn his cellie inform him S.I.D. "Special Intelligence Division call him to there office also Question about Plaintiff legal mail and /or movements in the cell.

35 On July 20, 2021 Plaintiff was found guilty of a bed assignment because he wouldht do the 1 man cell due to past problems in Judge Young case 1:20-cv-675-RLY-TAB defendant setup

80

a assault on plaintiff with inmates she was having a affeir with and this was main reason why he ask for a 1 man cell due to this " P.T.S.D. etc.

36 Plaintiff was found Guilty given 90 days in restrictive housing and 15 days loss of priviledges

37. On July 21 2021 Plaintiff was transfer to Northern State Prison

38. On July 22, 2021 Plaintiff sent out his Federal Disciplinary habeas corpus 2254 prepaid 4.90 84 pgs Ex A-P br ofc. Barton #3239 on D 37-419-T it was confiscated that effect plaintiff out date. 2035-2051 on (2) falsified conduct report. Sy Geocorp NewCastle corr Facility.

39 On July 29 2021 Plaintiff filed

31

notice of Tort claim with central central office in Trenton, NJ for B legal books TV and other stolen property YOppys confiscated by mail room.

40. Plaintiff learn Special Intelligence Division have his tablet or JPAY Acct modify so inmates can read his messages on D 3-1E419

41. Plaintiff would email his family go back in, let a inmate out he then will read what Plaintiff just email to his family out loud in front of inmates Laugh call Plaintiff a snitch.

42. This on GeoCorp NewCastle Corr. Facility behalf, the reason because Plaintiff inform 7th Dist court that Geo Corp NewCastle Corr. Facility in violatior

32

Of Federal Communication Act
18USC 2511 & 2520 5x allowing a Sex-
offender get ahld of his emails
read them out loud & his voices.

43. Now since Plaintiff expose this
illegally wiretapping by inmates now
they program his JPAY acct to allow
inmates to read all his emails as
a PAYBACK

43 On August 3, 2021   Plaintiff call home
inform them that someone is notify
Administration about his legal
mail, he need a attorney to
help litigate his case and some
constitional violations is happen
here And it was set up before
Plaintiff was transfer here.

44. On August 4, 2021 - Presat Northern
STATE shut Plaintiff phone call order

33

by F.D.O.C. and defendant's at Northern state prison.

45. On August 11,2021 Plaintiff felt he had to get out the cell, he needed space, suffer from P.T.S.D. ask ofc. Briggs to call Lt. Antonelli.

46 Plaintiff inform him he hasn't talk with his family legal mail confiscated he need to be in cell by myself and Indiana breach contract with him on (4) lawsuit.

47 Lt. Antonelli always gave Plaintiff a good response to his needs or try to help him, he move Plaintiff to a cell by himself on D13-214B Pending P.C.Reveiw

48. On August 23,2021 Plaintiff house on D13-214 mail out 106 PGs to Federal Court 7th Dist in Indiana

34

which was breach re-open shared
with other staff - inmates

4. Plaintiff file motion in Judge Magnus-
Stinson and Judge Young inform them that
defendants breach contract communicating
with inmates GeoCorp Newcastle Corr.
Facility and/or Magnus-Stinson and Judge
Young defendants are involve ( 919/157 ) (675)
... Need to revisit the case or move
back to Indiana ongoing violation

5. Plaintiff would file motions before he
settle the cases with Southern Dist Court
7th Dist defendants would retalate by
Fabricate GP1 Pictures to send out
to inmates on here GTL Tablet, inmates
would aid & assist defendants (1:19cv-
04687-JRS-TAB; 2:17cv-157-JMS-MJD,
2:19cv-157-JMS-MJD and 1:20cv-675-
RLY-TAB, he would have to check into P.C.
just like now

35

51 Plaintiff sister involve and his ex's that she paid and recruit to contact inmates in I DOC and N.J. DOC. to spread false rumors on Plaintiff And upon Plaintiff belief this how I.D.O.C. and Geo Corp New Castle Corr. Facility (1:19-cv-04687-JMS-TAB) was able to obtain these Fake Fabricated Pictures that was put together inmates and & assist defendants to carry this out.

52 On Sept 1, 2021 Plaintiff ask Paralegal to make copies of emails of his ex inform him what his sister said he was gay, Atty Jessica Weyy emails Plaintiff asking for I man cell and letter Blasingame in 2:17-cv-519-JMS-MJD who set up assault on Plaintiff to make copies to send to his family Attorney.

36

53. This paralegal Snesch legal copies
to other inmates, sign Plaintiff name
on legal copies, over charge him $4
$7.30 And Fabricated Gay Pictures
was sent on inmates Jpay acct
of Plaintiff in restrictive housing
And population in Northern STATE Prison.

54. Inmates calling Plaintiff a fry
homosexual and other unpleasant
names even threaten words.

55. On Sept. 4, 2021 Plaintiff email
his family want ahead inform
what Paralegal did make certain
copies of Plaintiff legal documents
gives to inmates who Seen communi-
cating with either his Attorney
Jessica Weyg, his ex, his sister
or Heater Blasingame charge Plaintiff
for copies he didn't request to
hide what he did and Next thing

37

he knows Fabricated GAy Pictures
of him surface on inmates Jpay
Acct and or population

56. Inform his family that his legal
mail been with held And this one
of the reason N.J.D.O.C. in concert
with I.D.O.C. to shut his phone
off because he expose them to Fed.
courts in 7th Dist. Court about
illegally monitor

57. Plaintiff family was scam out of
more than $10,000.00 on this monitor
by inmates using GTL under Authority
of commissioner Robert E Carter
who allow allow Global Tel Link
contract with STATE of Indiana that
provides digital communication

58 This email was breach to population
and restrictive housing violation of
18 USC 2511 2520

38

This was one of the motion Breach
to inmates on August 23, 2021
to Laura Briggs in Judp's, IN
who been aid & assist defendants
on Plaintiff

59        Relief

Wherefore, Plaintiff respectfully prays
that this court order Judgement
granting Plaintiff:

60   Appoint Civil Special Federal
     Prosecutor into who sending
Fake Fabricated Gay Pictures
of Plaintiff from Indiana -
Ohio - New Jersey Dept. of Corrections
Southwood STATE Prison And
Nardlern STATE Prison Restrictive
housing, investigate who modify
Jpay Acct so inmates can read
out going Emails of family
from Indiana - New Jersey Dept -

Of corrections Southwood STATE
Prison and Northern STATE Prison

61. Place in a 1 mancell until
Plcintiff file a motion to vacate
settlement agreement with 7th Dist.
Court or place on secure housing
since threats was made on his life
Solict by defendants, Geocorp New-
Castle corr- Facility and I.D.O.C.
defendants in (4) settle case.

62. A declaration that acts and
omission described here in violated
plcintiffs rights under the
Constitutional and laws of the
United STATES

63. A peliminary And T.R.O. ordering
defendats Ad Northern STATE Prison
Or Commissoner Victoria L. Kuhn
Esq, Patrick Nogan, Anthony Gasi-

39

Mario, John/Jane Doe (JPAY & GTL Liason)
Lt. Berryman, Sgt. Saguay, Regina King, Gary
Rivera, Brian Bostick to stop clewing
inmates to read outgoing emails or incoming
emails of family, turn Plaintiff phone
backon been off for over a month, stop
breach legal mail to inmates aid a assist
his office or her office administration
investigation who sent the Fabricated Gay
Pictures to population at South Wood STATE
Prison, Northern STATE Prison population
restrictive housing, transfer to Rahway STATE
Prison or Trenton STATE Prison place on
Administrative Segregation in a lman
cell until Plaintiff work out stipulation
with 7th Dist court on 4 civil suits
that his Atty fail to file on his behalf
interfere with legal mail to/from Indiana
64 Compensatory damages in the amount of
$175,000.00 Against each defendant
jointly and severally

40

65. Punitive damages in the amount of $185,000.00 Against each defendant

66 A jury trial on all issues triable by jury

67. Plaintiff cost in this suit

68 Any additional relief this court deem just, proper, And equitable.

Dated: 9/9/21

Respectfully Submitted,

/s/Jasper Facier 799545B
N.S.P.
168 Frontage Rd
Newark, NJ 07114

41

William T. Walsh, Clerk
M. L. King Jr. Federal Building and
U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

## Verification

    I have read the foregoing
complaint and hereby verify that
the matters alledged therein are
true, except as to matters alleged
on information and belief, and,
as to those, I belief them to be true,
I certify under penalty of
perjury that the foregoing is
true and correct

Executed at Newark, New Jersey
on September 9, 2021

42

Signature /AA/

Jasper Frazier
/S/ Jasper Frazier 799 545(B)

43