UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

JASPER FRAZIER,

         Plaintiff,

v.

VICTORIA L. KUHN, ESQ., *et al.*,

         Defendant.

Case No. 2:21-cv-16842 (BRM) (CF)

**ORDER**

    **THIS MATTER** is opened to the Court on *pro se* Plaintiff Jasper Frazier's Motion for Default Judgment (ECF No. 318) as to defendants Sgt. Kibart, Sgt. J. Esteves, Sgt. Rhonda Mountcastle-Thomas, SCPO Narob, SCPO Ponte, SCPO R. Rodguriez, SCPO Solomon, N. Barton[1], Briggs, P. McGills, Mario Vera, Marc Sims, and Chaplain W. Pridgeton. Having reviewed the submissions filed in connection with the Motion and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

    **IT IS** on this 30th day of October 2025,

    **ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 318) is **DENIED**; and it is further

    **ORDERED** that Plaintiff shall separately file a request, directed to the Clerk's Office, for the entry of default as to Vera and Burton only.

                                              */s/ Brian R. Martinotti*
                                              **HON. BRIAN R. MARTINOTTI**
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] For the reasons set forth in the accompanying Opinion, the Court construes N. Barton as defendant SCPO Burton and SCPO Solomon as Sobman.